UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cv-00200-RJC-DSC

| | |
|---|---|
| SHEKHEM DAAWUUD EL AMEN RA BEY, a/k/a Noble Shekhem Daawuud El Amen Ra Bey, a/k/a Shekhem Bey,<br><br>Plaintiff,<br><br>v.<br><br>NC FEDERAL BUREAU OF INVESTIGATION, et al.,<br><br>Defendants. | **ORDER** |

**THIS MATTER** is before the Court on its review of the docket in this matter.

Pro se Plaintiff filed a Complaint in this matter on May 6, 2022. [Doc. 1]. He sought to proceed in forma pauperis. [Doc. 2]. On May 20, 2022, the Court denied Plaintiff's motion to proceed in forma pauperis without prejudice for the reasons stated in that Order. [Doc. 3]. The Court allowed Plaintiff 14 days to either pay the filing fee or to file an amended application to proceed in forma pauperis. [Id. at 2]. The Court advised Plaintiff that this case would be dismissed without further notice and without prejudice should Plaintiff fail to comply with the Court's Order. [Id.]. Plaintiff has not complied. As such, the Court will dismiss this action.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED without prejudice**.

The Clerk is instructed to terminate this proceeding.

Signed: June 16, 2022

*[signature]*

Robert J. Conrad, Jr.
United States District Judge